**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:07cr41-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **SCHEDULING ORDER** |
| | ) | |
| **JAMES S. PEEBLES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of

Appeals, filed, March 22, 2010[1], remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1)      This matter is hereby scheduled for resentencing on **Tuesday, June 15,**

**2010, at 2:00 p. m.,** in the United States Courthouse, 200 West Broad

Street, 2nd floor Courtroom, Statesville, North Carolina; and

2)      A copy of this Order shall be sent to the Defendant, Defense Counsel,

United States Attorney, United States Marshal Service, United States

Probation Office.

Signed: April 15, 2010

Richard L. Voorhees
United States District Judge

---

[1]  The Mandate in this case was issued on April 12, 2010.